# In the United States District Court for the Southern District of Georgia Savannah Division

| | |
|---|---|
| PAUL E. FISHER,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | CV 424-160 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Counterclaimant,<br><br>v.<br><br>PAUL E. FISHER,<br><br>    Counter-Defendant. | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Interpleader Plaintiff,<br><br>v.<br><br>JOHN MANSOUR,<br><br>    Interpleader Defendant. | |

| |
|---|
| JOHN MANSOUR,<br><br>    Interpleader Counterclaimant,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Interpleader Counter-Defendant. |
| JOHN MANSOUR,<br><br>    Interpleader Crossclaimant,<br><br>v.<br><br>PAUL FISHER, as Executor of the Estate of Paula Fisher,<br><br>    Interpleader Cross-Defendant. |

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 42, wherein they notify the Court that John Mansour wishes to dismiss his complaint against Paul Fisher without prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Mr. Mansour's complaint against Mr. Fisher is **DISMISSED** without prejudice. All other claims remain pending. Further, the Court **DENIES** as moot Mr. Fisher's motion to dismiss. Dkt. No. 36.

SO ORDERED, this 17 day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA