IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PAUL E. FISHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN GENERAL LIFE ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> AMERICAN GENERAL LIFE ) <br> INSURANCE COMPANY, ) <br> ) <br> Interpleader Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL E. FISHER and ) <br> JOHN MANSOUR, ) <br> ) <br> Interpleader Defendants. ) <br> _____ ) | Civil Action No.: 4:24-cv-160 |

**ORDER GRANTING JOINT STIPULATION FOR
AMERICAN GENERAL LIFE INSURANCE COMPANY'S DEPOSIT OF PROCEEDS,
DISCHARGE, AND DISMISSAL WITH PREJUDICE**

Having considered the Parties' Joint Stipulation for American General Life Insurance Company's Deposit of Proceeds, Discharge, and Dismissal with Prejudice (the "Stipulation"), it is hereby ordered that the Stipulation is GRANTED in its entirety. Accordingly, IT IS HEREBY ORDERED as follows:

1. This action concerns competing claims to the unpaid death benefit of American General Life Insurance Company ("American General") Policy No. 4170168407 (the "Policy") insuring the life of Paula K. Berger (later known as Paula Fisher).

2. Within thirty (30) business days of entry of this Order, American General shall deposit into the Registry of the Court the $200,000 death benefit of the Policy, plus all applicable interest, but with no deduction for its attorney's fees or costs (the "Policy Proceeds"). The deposit shall include the entirety of the proceeds of the Policy payable by reason of Paula Fisher's death. The Clerk is directed to accept and receive the above amounts into the registry of this Court and to deposit such funds into an interest-bearing account approved by the Court until ultimate disposition only by order of this Court. Pursuant to Southern District of Georgia Local Rule 67.3, the Clerk of Court is directed to deduct a fee from the deposited funds in the amount of 10% of the income earned. This fee shall be collected at the time the Clerk of Court makes any distribution of funds pursuant to a valid order of this Court.

3. Upon deposit of the Policy Proceeds into the Registry of the Court as specified in Paragraph 2 above, American General shall be dismissed from this action *with prejudice* and discharged from any and all further liability with respect to, affecting, or in any way arising out of the Policy and the Policy Proceeds.

4. Upon deposit of the Policy Proceeds into the Registry of the Court as specified in Paragraph 2 above, the Interpleader Defendants Paul E. Fisher and John Mansour (collectively, the "Interpleader Defendants"), and anyone acting on their behalf, are permanently enjoined from instituting or prosecuting any other proceeding, arbitration, or lawsuit against American General or any of its former, current, and future parent companies, subsidiaries, affiliates, agents, predecessors, successors, or assigns with respect to the Policy Proceeds, the Policy, and any and all claims that were or could have been raised in this action against American General.

5. Any person not yet joined as a party to this action who may make a claim for, or be entitled to, the Policy Proceeds is joined and subject to Paragraph 4 above.

6. The Interpleader Defendants shall continue to assert in this action their claims to the Policy Proceeds.

7. American General's pending Motion for Judgment on the Pleadings as to the Claims Asserted by Paul E. Fisher [Doc. 47] and Motion for Deposit of Funds, Discharge of Liability, Dismissal with Prejudice, and Attorney's Fees [Doc. 48] are **DENIED as moot**.

8. Nothing in this Order will preclude Interpleader Defendants from seeking further discovery from American General, and American General shall cooperate in good faith in responding to such reasonable discovery requests. Nothing in this Order will preclude Interpleader Defendants from seeking an Order to compel American General to respond to discovery, including its participation in one or more depositions.

**SO ORDERED**, this __28__ day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA